IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ASBURY AUTOMOTIVE ST. LOUIS, LLC D/B/A PLAZA MOTOR COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 4:14-cv-1796-JAR |
| TRAVERS AUTOMOTIVE GROUP, LLC, ) ) | |
| and ) ) | |
| JASON CATLIN, ) ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on Plaintiff Asbury Automotive St. Louis, LLC d/b/a Plaza Motor Company's Motion to Continue the Preliminary/Permanent Injunction Hearing (Doc. 41). After a hearing with the parties, the Court finds good cause to continue the consolidated preliminary and permanent injunction hearing and to extend the Temporary Restraining Order. Further, the Court finds such an extension of the Temporary Restraining Order will not prejudice the Defendants and is consistent with its previous order dated December 8, 2014.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Continue the Preliminary/Permanent Injunction Hearing (Doc. 41) is **GRANTED in part.**

**IT IS FURTHER ORDERED** that the consolidated preliminary and permanent injunction hearing is **RESCHEDULED** to **May 19, 2015 at 9:30 a.m.**

**IT IS FURTHER ORDERED** that the Temporary Restraining Order (Doc. 11) shall remain in full force and effect until the hearing.

Dated this 10th day of April, 2015.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE