IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **ASBURY AUTOMOTIVE ST. LOUIS, LLC** <br> **D/B/A PLAZA MOTOR COMPANY**, <br><br> Plaintiff, <br><br> v. <br><br> **TRAVERS AUTOMOTIVE GROUP, LLC**, <br><br> and <br><br> **JASON CATLIN**, <br><br> Defendants. | Case No. 4:14-cv-1796 |

### JOINT MOTION TO RESCHEDULE THE INJUNCTION HEARING

**COME NOW** Plaintiff Asbury Automotive St. Louis, LLC d/b/a Plaza Motor Company, Defendant Travers Automotive Group, LLC, and Defendant Jason Catlin, ("the Parties") and for their Joint Motion to Reschedule the Preliminary/Permanent Injunction Hearing, state as follows:

**1.** The Parties are in the process of scheduling the remaining depositions of party witnesses and require additional time to complete the depositions.

**2.** Accordingly, the Parties hereby request that the Court reschedule the preliminary/permanent injunction hearing that is currently scheduled for Tuesday, May 19, 2015, to another date within sixty (60) days.

**3.** Defendants do not waive any right to challenge the validity of Plaintiff's claims or to file a motion to dissolve the Temporary Restraining Order.

4.     The Parties also consent to a court order extending the temporary restraining order until the preliminary injunction hearing takes place.

Respectfully submitted,

/s/ Corey L. Kraushaar
Corey L. Kraushaar #51792
**BROWN & JAMES, P.C**.
800 Market Street, Suite 1100
St. Louis, Missouri 63101
314-242-5257 (Telephone)
314-242-5457 (Facsimile)
ckraushaar@bjpc.com

*Attorney for Plaintiff*
*Asbury Automotive Group*

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/EDC system, which sent notification of such filing to the following:

Mr. Charles F. DuFour
8011 Clayton Road, 3rd Floor
St. Louis, Missouri 63117

*Attorney for Defendant*
*Travers Automotive Group, LLC*

Mr. Byan Kaemmerer
McCarthy, Leonard & Kaemmerer, L.C.
*825 Maryville Centre Drive, Suite 300*
*Town and Country, MO  63017-5946*

*Attorney for Defendant*
*Jason Catlin*

/s/ Corey L. Kraushaar

12326985